No. 10–10503. JACKSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10505. DAVIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–10512. PORTORREAL, AKA PORTORREAL-PENA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–10513. MEDINA-ESQUEDA, AKA DE LA CRUZ-ESQUEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10514. OLIVAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10520. TORREZ-CHAVEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–10522. HUNT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10523. HALL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10524. N-JIE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10526. WARREN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10527. ULIMWENGU v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–738. RITCHIE SPECIAL CREDIT INVESTMENTS, LTD., ET AL. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA ET AL.; and RITCHIE SPECIAL CREDIT INVESTMENTS, LTD., ET AL. v. PETTERS ET AL. C. A. 8th Cir. Motion of National Crime Victim Law Institute for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 10–1119. STEINBECK ET AL. v. MCINTOSH & OTIS, INC., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.